## LONG v. SILVEY & COMPANY.

*Lumpkin, J.*—The evidence fully warranted the verdict, and nothing appears in the record which would authorize this court to grant a new trial.      *Judgment affirmed.*

August 12, 1895.

Levy and claim. Before Judge Butt. Harris superior court. October term, 1894.

*B. H. Walton* and *C. J. Thornton,* for plaintiff in error.
*R. A. Russell* and *Brannon, Hatcher & Martin,* contra.

---

## TILLMAN v. THE GEORGIA LOAN AND TRUST COMPANY.

*Lumpkin, J.*—It does not appear from the record that any error was committed in admitting or in rejecting testimony; and, in view of the issues involved and of the evidence introduced, there was no error in qualifying, as the court did, the plaintiff's requests to charge, nor in giving the charges complained of; the verdict was amply supported, and there was no error in denying a new trial.      *Judgment affirmed.*

August 12, 1895.

Levy and claim. Before Judge Fish. Stewart superior court. October term, 1893.

*Clarke & Hooper* and *C. J. Thornton,* for plaintiff.
*Steed & Wimberly* and *Watts & Hickey,* contra.